AARON D. FORD
  Attorney General
NATHAN C. HOLLAND, Bar No. 15247
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: NHolland@ag.nv.gov

*Attorneys for Defendant,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REMOH GARRY,<br><br>       Plaintiff,<br><br>v.<br><br>TORRES, et al.<br><br>       Defendants. | Case No. 3:20-cv-00197-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Garry Remoh, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan C. Holland, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice; each party will bear their own attorney fees and costs.

AARON D. FORD
Attorney General,

Dated: 8 5, 2021      Dated: August 05, 2021

By: /s/ Remoh Garry      By: /s/NathanC. Holland
Remoh Garry, #1005458      Nathan C. Holland, Bar No. 15247
Plaintiff *Pro Se*      Deputy Attorney General
     *Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: August 6, 2021